IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE ESTATE OF ELAINE BOOKER, | : | CIVIL ACTION |
| DECEASED | : | |
| *BRANDI BOOKER, ADMINISTRATRIX* | : | No. 13-1099 |
| | : | |
| v. | : | |
| | : | |
| GREATER PHILADELPHIA HEALTH | : | |
| ACTION, INC., et al. | : | |

## <u>ORDER</u>

AND NOW, this 31st day of March, 2014, for the reasons set forth in the accompanying Memorandum, it is ORDERED the United States of America's Motion to Remand (Document 18) is DENIED.

It is further ORDERED Defendant Dr. Monica Mallory-Whitmore's Motion in Support of the Response of Greater Philadelphia Health Action to the Motion for Remand (Document 22) is GRANTED.[1]

It is further ORDERED the United States shall be substituted for Defendants Greater Philadelphia Health Action, Inc., Dr. Monica Mallory-Whitmore, and Dr. Heather Ruddock as the sole Defendant in this action.

It is further ORDERED a status conference shall be held in this case on April 15, 2014, at 1:00 p.m. in Courtroom 11A to discuss the procedural posture of the case and whether entry of a case management order is warranted at this juncture.

BY THE COURT:


____/s/ Juan R. Sánchez_____
Juan R. Sánchez, J.

---

[1] In the above-referenced motion, Dr. Mallory-Whitmore asks the Court to deny the Government's motion to remand.